## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**HBRANDON LEE FLAGNER,**

      **Plaintiff,**

    **v.**                                                  **Civil Action 2:25-cv-904**
                                                          **Judge Edmund A. Sargus, Jr.**
                                                          **Magistrate Judge Chelsey M. Vascura**

**MS. BRAVARA,** *et al.***,**

      **Defendants.**

### ORDER

       This matter is before the Court on Plaintiff's Motion for Entry of Default (ECF No. 25). For the reasons that follow, Plaintiff's Motion is **DENIED**.

       Plaintiff commenced this action on August 12, 2025. (ECF No. 1.) On October 28, 2025, the Magistrate Judge issued an Order and Report and Recommendation that granted Plaintiff's application for leave to proceed *in forma pauperis* and recommended dismissal of Plaintiff's claims against all Defendants apart from Defendants Bravara, Hill, and Tatman. (ECF No. 6.) That recommendation was adopted by the Court on January 16, 2026. (ECF No. 10.) Plaintiff submitted the necessary forms to obtain service of process by the U.S. Marshal, and Defendants Hill and Bravara were served by certified mail at the Pickaway Correctional Institution on March 13, 2026. (ECF Nos. 18–19.) The Court ordered Hill and Bravara to file an answer to Plaintiff's Complaint by May 6, 2026. (ECF No. 21.) Hill and Bravara then obtained an extension of time to file their answers until May 15, 2026. (ECF Nos. 23–24.) Hill and Bravara timely filed their answer on May 15, 2026. (ECF No. 27.)

In the meantime, Plaintiff filed the subject Motion for Entry of Default, which is postmarked May 6, 2026, and was received by the Court on May 8, 2026. (ECF No. 25.) That is, Plaintiff's Motion was placed in the mail on the original answer deadline and before Plaintiff received notice that Defendants' answer deadline has been extended. Because Defendants' deadline to answer the Complaint had not passed at the time Plaintiff filed his Motion, and because Defendants have now filed their answer within the time permitted by the Court, Defendants are not in default. Plaintiff's Motion is therefore **DENIED**.

**IT IS SO ORDERED.**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

2