**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

HBRANDON LEE FLAGNER,

      Plaintiff,

    v.                                          Civil Action 2:25-cv-904
                                                Judge Edmund A. Sargus, Jr.
                                                Magistrate Judge Chelsey M. Vascura

MS. BRAVARA, *et al.*,

      Defendants.

**ORDER**

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Pleading Titled "Motion in Opposition of Defendants Bravara and Ms. Hill Motion to Dismiss" (ECF No. 36). By way of background, Defendants Bravara and HIll filed their Answer to Plaintiff's Amended Complaint on May 15, 2026. (ECF No. 27.) On May 27, 2026, Plaintiff filed a document captioned "Motion in Opposition of Defendants Bravara and Ms. Hill Motion to Dismiss" in which he objects to several of Defendants' defenses asserted in their Answer. (ECF No. 31.) As Defendants correctly point out, no motion to dismiss by Bravara and Hill is pending. Further, Federal Rule of Civil Procedure 7(a) lists the pleadings allowed in a federal civil action, and a response to an Answer is not among them. Accordingly, Defendants' Motion to Strike (ECF No. 36) is **GRANTED**. The Court **STRIKES** Plaintiff's Motion in Opposition of Defendants Bravara and Ms. Hill Motion to Dismiss (ECF No. 31) from the docket.

    **IT IS SO ORDERED.**

                                 /s/ *Chelsey M. Vascura*
                                 CHELSEY M. VASCURA
                                 UNITED STATES MAGISTRATE JUDGE